JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LOMELI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADLER WALLACH AND ASSOCIATES, INC.<br><br>　　　　Defendants. | Case No.: 2:25-cv-02323-SVW-MBK<br><br>~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ADLER WALLACH AND ASSOCIATES, INC. |

Upon review of the Parties' Voluntary Dismissal with Prejudice of Defendant Adler Wallach and Associates, Inc. ("Defendant"), and good cause appearing

**IT IS ORDERED** that the Voluntary Dismissal is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendant Adler Wallach and Associates, Inc.

**IT IS ORDERED.**

Dated:  July 30, 2025

　　　　　　　　　　　　　　　　　　　　*Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -